**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Juak Albino Gabriel Biel,<br><br>               Petitioner,<br><br>       v.<br><br>John Mattos, NSDC Warden; Michael Bernacke, Field Director, Salt Lake City Field Office of ICE ERO; Todd Lyons, ICE Acting Director; Kristi Noem, DHS Secretary; Pam Bondi, U.S. Attorney General,<br><br>               Respondents. | Case No. 2:25-cv-02432-APG-EJY<br><br>**Order Granting Stipulation to Continue Hearing on Petitioner's Motion for a Temporary Restraining Order (ECF No. 27)** |

Based on the parties' stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the hearing on Petitioner's Motion for a Temporary Restraining Order scheduled for February 11, 2026, at 3:30 p.m. is continued to March 11, 2026 at 9:00 a.m. in Courtroom 6C.

**DATED:** February 10, 2026

_____
HON. ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3