# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Juak Albino Gabriel Biel,<br><br>    Petitioner.<br><br>v.<br><br>John Mattos, et al.,<br><br>    Respondents. | Case No.: 2:25-cv-02432-APG-EJY<br><br>**Order Denying (1) Amended Petition for Writ of Habeas Corpus and (2) Motion for Leave to File Second Amended Petition**<br><br>[ECF Nos. 11, 37] |

On December 29, 2025, Juak Albino Gabriel Biel, an immigration detainee, filed an amended petition for a writ of habeas corpus seeking his release from his detention by Immigration and Customs Enforcement. ECF No. 11. The respondents attempted to deport Biel in late February, 2026, but bungled that effort. During that ill-fated attempt, Biel was transported to Arizona and subjected to inhumane treatment. ECF No. 32. Nine days later, Biel was returned to Nevada, and on March 13, 2026, he moved for leave to file a second amended petition. ECF No. 37. Finally, the respondents removed Biel to South Sudan on March 21-22, 2026. ECF Nos. 43-1 at 3-4; 45. Because Biel has now been removed from the United States, his petition is moot.

I THEREFORE ORDER that the Amended Petition for Writ of Habeas Corpus **(ECF No. 11)** and the motion for leave to file a second amended petition **(ECF No. 37) are denied as moot**.

DATED this 31st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE